```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

------------------------------X    Docket#
UNITED STATES OF AMERICA,      :   04-cr-706(DGT)(JMA)
                               :
    - versus -                 :   U.S. Courthouse
                               :   Brooklyn, New York
BRYANT, et al.,                :
              Defendant        :   July 19, 2005
------------------------------X

       TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
          BEFORE THE HONORABLE JOAN M. AZRACK
             UNITED STATES MAGISTRATE JUDGE
```

**A P P E A R A N C E S:**

| | |
|---|---|
| **For the Government:** | **Benton Campbell, Esq.** |
| | United States Attorney |
| BY: | **Sean Haran, Esq.** |
| | **Bryan Rose, Esq.** |
| | Assistant U.S. Attorney |
| | One Pierrepont Plaza |
| | Brooklyn, New York  11201 |
| **For Defendant Sessoms**: | Greg Cooper, Esq. |
| **For Defendant Jones**: | Susan Kellman, Esq. |
| **For Defendant Moore**: | Robert Beecher, Esq. |
| **For Defendant McMillian**: | Philip Katowitz, Esq. |
| **For Defendant Meyers**: | Richard Kwasnik, Esq. |
| **For Defendant Farrior**: | **Aaron Goldsmith**, Esq. |
| **Official Transcriber**: | Rosalie Lombardi |
| | L.F. |
| **Transcription Service**: | **Transcription Plus II** |
| | 821 Whittier Avenue |
| | New Hyde Park, N.Y.  11040 |
| | (516) 358-7352 |

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

**Proceedings**

2

1   THE CLERK:  Criminal Cause for an Arraignment
2   on the superseding indictment, <u>United States v. James</u>
3   <u>Sessoms, Eric Moore, Dwayne Meyers, Djebara McMillian,</u>
4   <u>Kenwayne Jones, and James Farrior</u>, docket number 04-cr-
5   706.
6   Counsel?
7   MR. HARAN:  Sean Haran and Bryan Rose for the
8   government.
9   Good afternoon, your Honor.
10  MR. KATOWITZ:  Good afternoon, Judge.
11  For Djebara McMillian, Philip Katowitz.
12  MR. COOPER:  Good afternoon, your Honor.
13  Greg Cooper on behalf of James Sessoms.
14  MR. BEECHER:  Robert Beecher, B-e-e-c-h-e-r,
15  good afternoon, for Mr. Moore.
16  MR. KWASNIK:  Richard Kwasnik for Dwayne
17  Meyers.
18  MS. KELLMAN:  Good afternoon, your Honor.
19  Susan Kellman for Kenwayne Jones.
20  MR. GOLDSMITH:  Good afternoon, your Honor.
21  Aaron Goldsmith on behalf of Margaret Shalley
22  for Mr. Farrior.
23  THE COURT:  Thank you, counsel.
24  Counsel, have you reviewed the charges in the
25  indictment with your respective clients and do you waive

Proceedings

3

a formal reading.

        Mr. Katowitz on behalf of Mr. McMillian?

        MR. KATOWITZ: Yes, waive formal reading. I have reviewed the charges with him and enter a plea of not guilty.

        THE COURT: All right.

        Mr. Cooper?

        MR. COOPER: Likewise on behalf of Mr. Sessoms, your Honor. We have reviewed it and waive its further public reading and enter a plea of not guilty.

        THE COURT: Mr. Beecher, on behalf of Mr. Moore?

        MR. BEECHER: Likewise, your Honor.

        THE COURT: And Mr. Kwasnik, on behalf of Mr. Meyers?

        MR. KWASNIK: Waive public reading and enter a plea of not guilty.

        THE COURT: Ms. Kellman, on behalf of Mr. Jones?

        MS. KELLMAN: Your Honor, we waive the public reading, enter a plea of not guilty.

        THE COURT: And Mr. Goldsmith?

        MR. GOLDSMITH: Yes, your Honor, we have had the opportunity to review the indictment, waive the public reading and we enter a plea of not guilty.

4

**Proceedings**

1  THE COURT: Okay. And with regard to bail, are
2 any counsel seeking a bail hearing today?
3  MS. KELLMAN: Not at this time, your Honor, on
4 behalf of Mr. Jones.
5  MR. KATOWITZ: Your Honor, I have had the
6 opportunity to discuss this with Mr. McMillian. I do not
7 have a package today and I have also indicated to him
8 that it is going to take me some time to gather what I
9 believe could be the necessary elements of such a
10 package.
11  According, and I have discussed this with him,
12 we consent to an order of detention with the
13 understanding that I do have the right to come back when
14 I have such a package and present it to this court or to
15 his Honor, Judge Trager.
16  THE COURT: All right. I will enter an order
17 of detention without prejudice to you making an
18 application at your convenience.
19  MR. KATOWITZ: Thank you, Judge.
20  THE COURT: All right. And what about you,
21 Mr. Cooper?
22  MR. COOPER: Your Honor, previously Mr. Sessoms
23 had appeared before this court. We consented at that
24 time. I would continue to consent until such time as we
25 have something to put together.

Transcription Plus II         Rosalie Lombardi

5

**Proceedings**

1    THE COURT: And Mr. Beecher, with regard to a
2 bail hearing?
3    MR. BEECHER: Consent to the entry of a
4 permanent order with leave.
5    THE COURT: All right. I'll enter an order of
6 detention without prejudice to you making another
7 application when and if you're ready.
8    MR. BEECHER: Correct, Judge.
9    THE COURT: And what about you, Mr. Kwasnik,
10 for Mr. Meyers?
11    MR. KWASNIK: Permanent order, your Honor, with
12 the availability if we get a package to come before the
13 Court.
14    THE COURT: All right. And Ms. Kellman, for
15 Mr. Jones?
16    MS. KELLMAN: Similarly, Judge, we'll consent
17 to an order at this time with leave to apply to the Court
18 in the event it becomes appropriate.
19    THE COURT: Granted.
20    And Mr. Goldsmith?
21    MR. GOLDSMITH: Consent to the order with leave
22 to reapply.
23    THE COURT: All right. And is there a status
24 date from Judge Trager?
25    MR. HARAN: Yes, your Honor, August 4, 2005 at

6

**Proceedings**

1  3 p.m.
2             THE COURT:  All right.
3             Anything else, Mr. Haran?
4             MR. HARAN:  Not from the government?
5             THE COURT:  Anything else on behalf of the
6  defendants?
7             ALL COUNSEL:  No, your Honor.
8             THE COURT:  Thank you all for being so prompt
9  today.
10            (Matter concluded)
11                  -oOo-
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Transcription Plus II          Rosalie Lombardi

7

# C E R T I F I C A T E

I, ROSALIE LOMBARDI, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **2nd** day of **March** , 2009.



Rosalie Lombardi
Transcription Plus II

Transcription Plus II          Rosalie Lombardi