

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MSA

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2015

By ECF

| | |
|---|---|
| Brendan Michael White, Esq. | Robert M. Beecher, Esq. |
| White & White | 15 Barberry Lane |
| 148 East 78th Street | New Providence, NJ 07974 |
| New York, NY 10075 | |
| | |
| Stephanie M. Carvlin | Carl Jordan Herman, Esq. |
| Law Office of Stephanie Carvlin | 347 Mount Pleasant Avenue, Suite 203 |
| 111 Broadway, Suite 701 | West Orange, New Jersey 07052 |
| New York, NY 10006 | |

      Re:    United States v. Damian Hardy and Aaron Granton
               Criminal Docket No. 04-706 (S-6) (FB)

Dear Counsel:

      In August 2015, an inmate at the Metropolitan Detention Center ("MDC") was apprehended in possession of a controlled substance commonly called synthetic marijuana. When questioned about the source of the drugs, the inmate informed Bureau of Prisons ("BOP") officials that he obtained the drugs from Dwayne Meyers.

      On August 21, 2015, BOP officials searched Meyers's cell at the MDC and discovered approximately 1.1 ounces of a green leafy substance that tested positive for the presence of amphetamines, which is characteristic of synthetic marijuana. The substance was hidden inside of a container of food seasoning.

      When questioned by the government concerning the discovery, Meyers disclaimed knowledge of the drugs and denied distributing narcotics at the MDC. Meyers surmised that his status as a cooperating defendant is well known to his fellow inmates and,

because he requires medical treatment at a hospital for an entire day at least weekly, other inmates could hide items in his cell.

          Very truly yours,

          Robert L. Capers
          United States Attorney

By: /s/Matthew S. Amatruda
   Mathew Amatruda
   Soumya Dayananda
   Rena Paul
   Assistant U.S. Attorneys
   718-254-7012/7996/7575